The judgment is reversed and prosecution ordered dismissed under the present information.

## CLEPPER v. STATE.
No. 19385.

Court of Criminal Appeals of Texas.
Feb. 9, 1938.

E. T. Adams, of Glen Rose, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for violating the Texas Liquor Control Act, Vernon's Ann.P.C. arts. 666—1 et seq., 667—1 et seq., punishment being assessed at a fine of $100.·

The record contains neither a statement of facts nor bills of exception. All matters of procedure appear regular.

No error appearing, the judgment will be affirmed.